IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

WILLIE JAMES WASHINGTON, Plaintiff,

vs.

Civil No. '08 CV 0701 DMS WMC

THE SAN DIEGO COUNTY SHERIFF DEPARTMENT, Et. Al.,
Defendants.

## MOTION FOR INFORMA PAUPERIS

COMES NOW Willie James Washington and declares:

1. That I have Ø funds on my inmate account at George F. Bailey Detention Center Facility.

2. That I have applied for State Disability due to me getting hurt on the job as a care provider with IHSS, see affidavit.

3. That I own no real property no anything of value such as stock, bonds, or have a bank account and is indigent.

WHEREFORE plaintiff ask that he be allowed to proceed without paying the $350.00 filing fees and that this Court allow the plaintiff to make reasonable payments not to exceed $10.00 a month starting in April 2008 and order the United States Marshal's Office to effectuate service of the Summons and Complaints on each Defendant.

Dated: March 28th, 2008

Willie James Washington
Willie James Washington
Plaintiff Proper
228 Chambers Street Apt. C-1
El Cajun, CA 92020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Willie James Washington, Plaintiff,

vs.                                  Civil No: _____

THE SAN DIEGO COUNTY SHERIFF DEPARTMENT,
LT. BANKS - DEPUTY SHERIFF, AND
CAPTAIN PEÑA - DEPUTY SHERIFF, Defendants.

### AFFIDAVIT OF INDIGENCY

SAN DIEGO COUNTY  
STATE OF CALIFORNIA } ss

I, Willie James Washington, declares that at all times mentioned in this cause of action is the plaintiff affiant;

That affiant is over 18-years of age;

That affiant is too-poor to pay cost or give security for the commencement of this lawsuit processing and believes affiant is entitled to petition for 28 U.S.C. section 1915 status;

Affiant owns, no real property, bonds or stocks and has no monies in a bank account or inmate trust funds account, nor does affiant receives a pension or inheirtance, and have no income at all, and need a court order directing defendants make copies; and

That this is a 42 U.S.C.A. 1983 Civil Rights Lawsuit filed by affiant under conditions of confinement (sic) denial of medical care and treatment, under deliberate indifference and/or cruel and unusual punishment, that endangers affiant's life, health and safety.

Done and Executed on March 28th, 2008 as being true and correct pursuant to 28 U.S.C. Section 1746, penalty of perjury.

Willie James Washington  
Affiant

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

WILLIE JAMES WASHINGTON, Plaintiff,

vs.

Civil No: _____

THE SAN DIEGO COUNTY SHERIFF DEPARTMENT, et. al.,
Defendants.

## MOTION FOR FREE PROCESS

COMES NOW, Willie James Washington, plaintiff by and through proper status, and hereby moves for an Order, granting free process of this cause of action until it's adjudication finality.

AS GROUNDS PLAINTIFF STATES:

1. That movant Willie James Washington, at all times mentioned is the plaintiff in the above captioned case at bar.
2. That movant is over 18-years of age.
3. That this is a fruitful cause of action taken in good-faith wherein relief can be granted, and need free xerox copies made.
4. That movant due to being too-poor to pay costs or give security for the filing fees, movant believes he is entitled to petition for IFP.

WHEREFORE, premises considered plaintiff requests that this Court grant this Motion, in it's fullies, since the jail refuse to make copies for inmates, and "no" legal supplies issued for indigent inmates.

Respectfully Submitted

Willie James Washington

Willie James Washington
Proper Plaintiff
228 Chambers Street Apt. C-1
El Cajun, CA 92020
Dated: March 28th, 2008